IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN C. WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC | : | NO. 16-1543 |

ORDER

AND NOW, this 10th day of August, 2016, upon consideration of defendant Lowe's Home Centers, LLC's ("Lowe's") motion to dismiss (docket entry # 9), plaintiff Stephen C. White's response in opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion for leave to file a reply (docket entry # 12) is GRANTED;

2. Defendant's motion to dismiss is GRANTED IN PART and DENIED IN PART;

3. Defendant's motion to dismiss is GRANTED as to plaintiff's promissory or equitable estoppel and breach of implied warranty of good faith and fair dealing claims;

4. Counts VI and VII of plaintiff's First Amended Complaint are DISMISSED WITH PREJUDICE; and

5. Defendant's motion to dismiss is DENIED as to plaintiff's breach of contract claim.

BY THE COURT:

_/s/ Stewart Dalzell, J.____
Stewart Dalzell, J.